# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

```
* * * * * * * * * * * * * * * * * * * * * * * * *
KATHLEEN CAMPBELL,            *
                              *    No. 17-438V
            Petitioner,       *
                              *    Special Master Christian J. Moran
                              *
v.                            *
                              *
                              *    Filed:  June 29, 2020
SECRETARY OF HEALTH           *
AND HUMAN SERVICES,           *
                              *
            Respondent.       *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

On June 29, 2020, a status conference was held to discuss the June 10, 2020 ruling finding fact and next steps. Considering the ruling, petitioner requested a limited amount of time to consult with experts to determine if moving forward is feasible.

Accordingly, the following is ORDERED:

Petitioner shall file a status report by **Wednesday, July 29, 2020**, indicating whether she will be proceeding forward with an expert.

Any questions may be directed to my law clerk, Andrew Schick, at (202) 357-6360.

**IT IS SO ORDERED.**

s/Christian J. Moran<br>
Christian J. Moran<br>
Special Master